IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAROLYN RODRIGUEZ,

        Plaintiff,

v.                                                                                    No. 16-cv-0238 GJF/SMV

PORTFOLIO RECOVERY ASSOCIATES L.LC., and
MACHOL & JOHANNES, L.L.L.P.,

        Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   May 26, 2016, at 1:30 p.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **May 26, 2016, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                            **STEPHAN M. VIDMAR**
                                            **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.