IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAROLYN RODRIGUEZ,

    Plaintiff,

v.                                                         No. 16-cv-0238 GJF/SMV

PORTFOLIO RECOVERY ASSOCIATES L.LC., and
MACHOL & JOHANNES, L.L.L.P.,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties have notified the Court that a settlement has been reached between all parties. [Doc. 10].

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **July 1, 2016,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                                                        _____
                                                                                        **STEPHAN M. VIDMAR**
                                                                                       **United States Magistrate Judge**